IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHESTER BANKS, III, ET AL.,            )
                                       )
            Plaintiffs,                )
                                       )         CIVIL ACTION NO.
VS.                                    )
                                       )         3:25-CV-3263-G-BT
FNU RANSOM, ET AL.,                    )
                                       )
            Defendants.                )

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*]

in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the

opinion that the Findings and Conclusions of the Magistrate Judge are correct, and

they are accepted as the Findings and Conclusions of the court.  The plaintiffs'

motions for leave to proceed *in forma pauperis* (docket entries 4, 7, 8) are **DENIED**.

The plaintiffs must pay the full $405.00 filing fee within thirty days of this

order, or their case will be dismissed without prejudice and without further notice

under Federal Rule of Civil Procedure 41(b).

---

[*]        No objections were filed.

**SO ORDERED**.

May 20, 2026.

_A. Joe Fish_

**A. JOE FISH**
**Senior United States District Judge**